FSA Time Credit Assessment
Register Number:97502-509, Last Name:CASTILLO

U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

```
Register Number....: 97502-509          Responsible Facility: YAM
Inmate Name                             Assessment Date.....: 05-05-2025
  Last.............: CASTILLO           Period Start/Stop...: 09-27-2023 to 05-05-2025
  First............: OLIVER             Accrued Pgm Days....: 517
  Middle...........:                    Disallowed Pgm Days.: 69
  Suffix...........:                    FTC Towards RRC/HC..: 0
Gender.............: MALE               FTC Towards Release.: 225
Start Incarceration: 07-18-2023         Apply FTC to Release: Yes
```

```
Start        Stop         Pgm Status   Pgm Days
09-27-2023   01-18-2024   accrue       113
  Accrued Pgm Days...: 113
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 30
```
---
```
Start        Stop         Pgm Status   Pgm Days
01-18-2024   01-29-2024   disallow     11
  Not in qualifying admit status.
  Facility Category  Assignment    Start               Stop
    PEN      ARS     TRANSFER      01-17-2024 05:48    01-17-2024 05:48
    4-F      ARS     A-ADMIT       01-17-2024 06:48    01-17-2024 11:59
    4-F      ARS     RELEASE       01-17-2024 11:59    01-17-2024 11:59
    TAL      ARS     A-BOP HLD     01-17-2024 11:59    01-18-2024 01:38
    TAL      ARS     HLD REMOVE    01-18-2024 01:38    01-18-2024 01:38
    B16      ARS     A-ADMIT       01-18-2024 01:38    01-18-2024 09:33
    ATL      ARS     A-BOP HLD     01-18-2024 09:33    01-30-2024 04:25
    B16      ARS     RELEASE       01-18-2024 09:33    01-18-2024 09:33
```
---
```
Start        Stop         Pgm Status   Pgm Days
01-29-2024   04-22-2024   accrue       84
  Accrued Pgm Days...: 84
  Carry Over Pgm Days: 23
  Time Credit Factor.: 10
  Time Credits.......: 30
```
---
```
Start        Stop         Pgm Status   Pgm Days
04-22-2024   09-29-2024   accrue       160
  Accrued Pgm Days...: 160
  Carry Over Pgm Days: 17
  Time Credit Factor.: 15
```

05-05-2025                         (1)                        Assessment# -2143599191

FSA Time Credit Assessment
Register Number:97502-509, Last Name:CASTILLO

U.S. DEPARTMENT OF JUSTICE                                         FEDERAL BUREAU OF PRISONS

---

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
05-05-2025. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 04-12-2028
Projected Release Method: GCT REL
FSA Projected Release Date: 08-31-2027
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 04-13-2027
SCA Conditional Placement Days: 180
SCA Conditional Placement Date: 10-15-2026
FSA Conditional Placement Days: 135
FSA Conditional Placement Date: 11-29-2026
Conditional Transition To Community Date: 06-02-2026

05-05-2025                              (3)                         Assessment# -2143599191