UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVER CASTILLO PETITIONER

V. CIVIL ACTION NO. 3:25-CV-472-DPJ-ASH

WARDEN, FCI YAZOO CITY LOW II RESPONDENT

ORDER

Petitioner Oliver Castillo, an inmate at the Federal Correctional Complex in Yazoo City, Mississippi filed this habeas petition under 28 U.S.C. § 22441. *See* Pet. [1]. He challenges the Bureau of Prisons' (BOP) calculation and application of time credits earned under the First Step Act (FSA). *Id.* at 2.

On August 6, 2026, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [17]. Judge Harris recommends that the Court deny and dismiss Castillo's petition without prejudice for failure to exhaust. R&R [17] at 5. No objection has been filed, and the time to do so has passed.[1] *See id.* at 5–6 (advising Castillo that he had 14 days to file an objection.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) as noted in *Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Having

---

[1] The Court mailed a copy of Judge Harris's R&R to Castillo at his last known address at Yazoo City Low II, P. O. Box 5000, Yazoo City, MS 39194. *See* Aug. 6, 2026 Staff Note. On August 19, 2026, the envelope containing the R&R was returned and marked "person no longer here." Mail Returned [18] at 1.

reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

IT IS ORDERED that the Report and Recommendation of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. Consistent with the Report and Recommendation, Castillo's petition is denied and dismissed without prejudice. A separate judgment will be issued as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 1st day of September, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE